1 | CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
2 | 520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
3 | Telephone: (916) 325-2100
Facsimile: (916) 325-2120
4 | Email: carostegui@beesontayer.com

5 | Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST, | Case No. 3:15-CV-00810 |
|---|---|
| Plaintiff, | Order re:<br>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | Hearing Date: June 18, 2015 |
| HAROLD SMITH & SON, INC., | Hearing Time: 1:30 PM |
|  | Courtroom: F - 15th Floor |
| Defendant. | Judge: Jacqueline Scott Corley |
|  | Complaint Filed: February 23, 2015 |
|  | Trial Date: |

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled and requests continuance of the case management conference and all related deadlines. The case management conference is currently set for June 18, 2015. Plaintiff intends to file the dismissal within the next 60 days.

Dated: May 27, 2015

BEESON, TAYER & BODINE, APC

By: _____
CATHERINE E. AROSTEGUI
Attorneys for Trustees on Behalf of Teamsters Benefit Trust

The case management conference is continued to 8/13/2015 at 1:30 p.m. If the case is not dismissed by 8/10/2015, a joint case management conference statement shall be filed by 8/11/2015.

Dated: 5/29/15

GRANTED
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. 3:15-CV-00810

1

498955.doc